**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

In re:                )
                      )
KENNETH DALE DOBSON   )        Case No. 05-MC-2063

### O R D E R

On September 26, 2005, KENNETH DALE DOBSON was disbarred by the Supreme Court of Illinois, In re: M.R. 20320, Mr. Dobson was ordered to show cause within ten (10) days, in writing, why he should not be suspended from practice in this District. To date, Mr. Dobson has not responded to the order to show cause.

Accordingly, IT IS ORDERED that KENNETH DALE DOBSON is hereby stricken from the roll of attorneys admitted to practice in this court.

IT IS FURTHER ORDERED that KENNETH DALE DOBSON shall not be readmitted to practice before this court except on application allowed by the court en banc.

ENTERED this 1st day of November, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE